# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 74 MM 2014
EX REL: MICHAEL JOHN PISKANIN, :
JR., :
                 :
              Petitioner :
                 :
                 :
          v. :
                 :
                 :
FACILITY MANAGER STATE :
CORRECTIONAL INSTITUTION AT :
BENNER TWSP. AND DISTRICT :
ATTORNEY JAMES B. MARTIN, ESQ. :
AND ATTORNEY GENERAL KATHLEEN :
KANE, :
                 :
             Respondents :

## ORDER

**PER CURIAM**

       **AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Leave to File King['s] Bench/Original Jurisdiction Matter with Petition for Writ of Habeas Corpus" and the "Motion for Reconsideration Rejection Letter" are **DENIED**.